UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK RANDALL FAWCETT,<br><br>Petitioner,<br><br>v.<br><br>WARDEN,<br><br>Respondent. | Case No. 1:22-cv-00671-NODJ-HBK (HC)<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL ON APPEAL<br><br>(Doc. No. 14)<br><br>ORDER DIRECTING CLERK TO FORWARD MOTION TO NINTH CIRCUIT |

Pending before the Court is Petitioner's motion for appointment of counsel on appeal. (Doc. No. 14). The undersigned entered findings and recommendations to dismiss Petitioner's first amended petition for writ of habeas corpus 28 U.S.C. § 2254 for failure to state a claim and, in the alternative, as an unauthorized successive petition. (Doc. No. 8). On December 13, 2022, the findings and recommendations were adopted and the case was closed. (Doc. No. 9).

On January 11, 2023, Petitioner filed a Notice of Appeal, and the Notice of Appeal was processed on January 12, 2023. (Doc. Nos. 11, 12). As Petitioner's appeal is currently pending review in the Ninth Circuit, Petitioner's motion for appointment of counsel on appeal filed in this Court is denied as moot as his case is closed in this court. In an abundance of caution, the Court will direct the Clerk of Court to forward Petitioner's motion for appointment of counsel on appeal to the Ninth Circuit for handling as they deem appropriate.

Accordingly, it is **ORDERED**:

1. Petitioner's motion for appointment of counsel on appeal (Doc. No. 14) is **DENIED as moot** as this case is closed in this Court.

2. The Clerk of Court shall forward Petitioner's motion (Doc. No. 14) to the Ninth Circuit and terminate the Motion from this Court's docket.

Dated: December 27, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE